**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM STATE COURT**

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Hamilton County, Ohio

Case number and caption:

| Case Number | Plainfiff(s) | | Defendant(s) |
|---|---|---|---|
| A 2405375 | Zach Fugman, et al | vs | Constance Kang, et al |

Jury Demand Made in State Court: ☐ Yes ☒ No

If "Yes," by which party and on what Date:

| N/A | N/A |
|---|---|
| Party | Date |

Were there parties not served prior to removal? ☒ Yes ☐ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☒ Yes ☐ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed: N/A

List the parties that are removing the case:
Constance Kang
Zhongyi Liu

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| *I.E. Defendant John Doe*<br><br>Defendant Constance Kang<br>Defendant Zhongyi Liu | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| Party and Type | Attorney(s) |
|---|---|
| *I.E.     Plaintiff John Doe*<br><br>Plaintiff Zach Fugman<br><br>Plaintiff Banana Capital Partners, LLC<br><br>Defendant Constance Kang<br><br>Defendant Zhongyi Liu | *I.E.     Attorney(s) Name*<br>*          Firm*<br>*          Address*<br>*          City, State, Zip*<br>*          Telephone and Fax Number*<br>*          Supreme Court Number*<br><br>Attorneys for Plaintiffs:<br>Christopher P. Finney (OH #0038998)<br>Bradley M. Gibson (OH #0087109)<br>Finney Law Firm, LLC<br>4270 Ivy Pointe Blvd., Suite 225<br>Cincinnati, OH 45245<br>(513) 943-5669 / (513) 943-6669 fax<br><br>Attorneys for Defendants:<br>John H. Phillips (OH #0043934)<br>James A. Hamilton (OH #0102638)<br>Phillips Law Firm, Inc.<br>9521 Montgomery Road<br>Cincinnati, OH 45242<br>(513) 985-2500 / (513) 985-2503 fax |

USE A SEPARATE SHEET OF PAPER IF NECESSARY