Wednesday, December 4, 2024    Survey    James Hamilton    0



Contact Us    Search...


General Information | Pay Online | Forms | Our Office | Records Search | Titles & Passports | Self-Help | Request Record

**EXHIBIT C**

## Case Summary

| | |
|---|---|
| Case Number: | A 2405375 |
| Court: | Common Pleas Civil |
| Case Caption: | ZACH FUGMAN vs. CONSTANCE KANG |
| Judge: | PATRICK T DINKELACKER |
| Filed Date: | 12/02/2024 |
| Case Type: | H841 - INJUNCTION- OC |
| Total Deposits: | $355.00 Credit |
| Total Costs: | $348.00 |

### Case History

Use Row Paging

| Date | Description | Notes | Amount | Doc | Image# |
|---|---|---|---|---|---|
| 12/04/2024 | CERTIFIED MAIL SERVICE ISSUED TO ZHONGYI LUI [CERTIFIED MAIL NBR.: 7194 5168 6310 1029 9419] | | | | |
| 12/04/2024 | CERTIFIED MAIL SERVICE ISSUED TO CONSTANCE KANG [CERTIFIED MAIL NBR.: 7194 5168 6310 1029 9402] | | | | |
| 12/03/2024 | SUMMONS ISSUED BY CERTIFIED MAIL TO CONSTANCE KANG | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | ✓ | |
| 12/03/2024 | SUMMONS ISSUED BY CERTIFIED MAIL TO ZHONGYI LUI | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | ✓ | |
| 12/03/2024 | JUDGE ASSIGNED CASE ASSIGNED TO DINKELACKER/PATRICK/T PRIMARY | | | | |
| 12/02/2024 | MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, WITH RULE 65(A)(2) STATEMENT OF COUNSEL SUPPORTED BY VERIFIED COMPLAINT | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | ✓ | |
| 12/02/2024 | CLASSIFICATION FORM FILED. | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | ✓ | |
| 12/02/2024 | COPY COSTS | | | | |
| 12/02/2024 | FOREIGN PLAINTIFF FEES PAID BY BRADLEY M GIBSON | | 355.00- | | |
| 12/02/2024 | COMPLAINT FILED | DOCUMENT MAY CONTAIN SENSITIVE INFORMATION REDACTION MAY BE NEEDED | | ✓ | |



**HAMILTON COUNTY**
**CLERK OF COURTS**

1000 Main St, Cincinnati, OH 45202

Hours: 8AM - 4PM Monday - Friday

Site issues? Let us know! Support

E-Filing
FAQ
Policies

Select Language ▼

© 2022 Hamilton County Clerk of Courts | All Rights Reserved | Privacy Policy