# IN THE COURT OF COMMON PLEAS
# HAMILTON COUNTY, OHIO
# CIVIL DIVISION



| | |
|---|---|
| ZACH FUGMAN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONSTANCE KANG, *et al.*,<br><br>  Defendants. | Case No. A 2405375<br><br>Judge Patrick T. Dinkelacker<br><br>**NOTIFICATION OF DEFENDANTS' NOTICE OF REMOVAL** |

Honorable Patrick T. Dinkelacker
Hamilton County Common Pleas Court
1000 Main Street
Cincinnati, OH 45202

Christopher P. Finney, Esq. (0038998)
Bradley M. Gibson, Esq. (0087109)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5669
(513) 943-6669 fax
chris@finneylawfirm.com
brad@finneylawfirm.com
(Counsel for Plaintiffs)

Please take notice that on December 4, 2024, Defendants Constance Kang and Zhongyi Liu, by and through counsel, filed a Notice of Removal, a copy of which is attached hereto, removing the above-captioned action from the Court of Common Pleas, Hamilton County, Ohio, to the United States District Court for the Southern District of Ohio, Western Division, at Cincinnati.

1

Respectfully submitted,

/s/ *James Hamilton*
_____
John H. Phillips (0043934)
James A. Hamilton (0102638)
PHILLIPS LAW FIRM, INC.
9521 Montgomery Road
Cincinnati, OH 45242
(513) 985-2500
(513) 985-2503 fax
JHP@PhillipsLawFirm.com
JAH@PhillipsLawFirm.com

*Attorneys for Defendants Constance Kang and Zhongyi Liu*

## ATTACHMENTS

- Defendants' Notice of Removal

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by email this 4th day of December, 2024, on the following:

Christopher P. Finney, Esq. (0038998)
Bradley M. Gibson, Esq. (0087109)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5669
(513) 943-6669 fax
chris@finneylawfirm.com
brad@finneylawfirm.com
*Attorneys for Plaintiffs Zach Fugman and Banana Capital Partners, LLC*

/s/ *James Hamilton*
_____
James A. Hamilton (0102638)
*Attorney for Defendants Constance Kang and Zhongyi Liu*

2