# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ZACH FUGMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTANCE KANG, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00697-MWM<br><br>Judge Judge Matthew W. McFarland<br><br>**NOTICE OF APPEARANCE OF JOHN H. PHILLIPS AS ADDDITIONAL COUNSEL FOR DEFENDANTS CONSTANCE KANG AND ZHONGYI LIU** |

Now comes John H. Phillips and hereby enters his appearance on behalf of Defendants Constance Kang and Zhongyi Liu in the above captioned matter.  Contact information for counsel is:

> John H. Phillips (0043934)
> Phillips Law Firm, Inc.
> 9521 Montgomery Road
> Cincinnati, OH  45242
> Telephone: (513) 985-2500
> Email:  JHP@PhillipsLawFirm.com
> Facsimile:   (513) 985-2503

Please direct all future pleadings and correspondence regarding this matter to the above contact information.

Respectfully submitted,

/s/      *John H. Phillips*
John H. Phillips
Ohio Supreme Court Number/Bar Number (0043934)
Trial attorneys for Defendants
     Constance Kang and Zhongyi Liu
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH  45242
(513) 985-2500
Email: JHP@PhillipsLawFirm.com
FAX (513) 985-2503

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this _____4th_____ day of _____December_____, 2024, as follows:

☐ hand delivery

☐ regular U.S. Mail, postage prepaid, to the addresses listed below

☐ facsimile to the fax number listed below

**X** email to the email address listed below

**X** through the United States District Court for the Southern District of Ohio's CM/ECF service to provide copies of filings to all parties and counsel entitled to receive service of documents in this case.

☐ other: _____
_____.

Christopher P. Finney, Esq. (0038998)
Bradley M. Gibson, Esq. (0087109)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
(513) 943-5669
(513) 943-6669 fax
chris@finneylawfirm.com
brad@finneylawfirm.com
*Attorneys for Plaintiffs Zach Fugman and Banana Capital Partners, LLC*

/s/   *John H. Phillips*

James A. Hamilton (0102638)
*Attorney for Defendants Constance Kang and Zhongyi Liu*