

# Serenity at High Point
## A-Strategy Management
## Twelve Month Occupancy Trend

Printed 11/27/2024 1:48:23 PM

|  | Dec 23 | Jan 24 | Feb 24 | Mar 24 | Apr 24 | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Occupied Units | 64 | 65 | 63 | 63 | 64 | 64 | 64 | 64 | 58 | 59 | 59 | 60 | 62 |
| Move Ins | 1 | 0 | 0 | 5 | 1 | 6 | 0 | 4 | 1 | 0 | 2 | 0 | 2 |
| Move Outs | 0 | 4 | 0 | 4 | 2 | 5 | 2 | 8 | 0 | 0 | 1 | 1 | 2 |
| Offset* | 0 | 3 | 0 | 1 | 2 | 0 | 1 | 4 | 0 | 0 | 0 | 0 | 1 |
| Ending Occupied Units | 65 | 64 | 63 | 65 | 65 | 65 | 63 | 64 | 59 | 59 | 60 | 59 | 63 |
| Vacant Units | 0 | 0 | 2 | 0 | 0 | 1 | 2 | 1 | 6 | 6 | 5 | 6 | 2 |
| Transfers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Occupancy | 100.00% | 100.00% | 96.92% | 100.00% | 100.00% | 98.48% | 96.92% | 98.46% | 90.77% | 90.77% | 92.31% | 90.77% | 96.92% |
| Vacancy | 0.00% | 0.00% | 3.08% | 0.00% | 0.00% | 1.52% | 3.08% | 1.54% | 9.23% | 9.23% | 7.69% | 9.23% | 3.08% |

*Accounts for transfers where the move out and move in date do not occur in the same month

Move Ins or Move Outs that occur on the first or last day of month do not contribute to beginning or ending occupancy numbers

© ResMan, LLC