

# Serenity at High Point
### A-Strategy Management
### Delinquency
### November 2024



EXHIBIT 3

Printed 11/27/2024 1:58:18 PM    Page 1 of 1

| Unit | Residents | Phone | Status | Lease Start Date | Lease End Date | Move Out Date | Month Net Change | Previous Balance | Total | Times Late | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lease(s)** | | | | | | | | | | | |
| 5470-1 | | | C | 09/13/13 | 08/31/24 | | 13.00 | 80.00 | 93.00 | 2 | |
| 5470-2 | | | C | 05/05/23 | 04/30/24 | | 855.00 | 2,665.00 | 3,520.00 | 0 | |
| 5470-8 | | | NTV | 05/24/23 | 05/31/24 | 08/31/24 | -950.00 | 1,546.95 | 596.95 | 0 | |
| 5470-9 | | | C | 10/17/19 | 10/31/24 | | 100.00 | 543.00 | 643.00 | 2 | |
| 5474-1 | | | C | 07/01/24 | 06/30/25 | | 885.00 | 180.00 | 1,065.00 | 0 | |
| 5474-2 | | | MTM | 04/01/15 | 04/30/26 | | 598.00 | -81.00 | 517.00 | 2 | |
| 5474-3 | | | PR | 04/01/24 | 03/31/25 | | 875.00 | 6,175.00 | 7,050.00 | 4 | |
| 5474-4 | | | C | 10/01/16 | 10/31/25 | | 16.00 | 0.00 | 16.00 | 3 | |
| 5474-8 | | | C | 07/01/24 | 06/30/25 | | 880.00 | 2,790.00 | 3,670.00 | 0 | |
| 5478-2 | | | C | 07/01/24 | 06/30/25 | | 0.00 | 980.00 | 980.00 | 0 | |
| 5478-3 | | | PR | 08/01/24 | 07/31/25 | | 925.00 | 3,755.00 | 4,680.00 | 0 | |
| 5478-8 | | | C | 08/08/24 | 07/31/25 | | 889.99 | -842.74 | 47.25 | 0 | |
| 5480-1 | | | NTV | 03/26/24 | 03/31/25 | 10/22/24 | 0.00 | 2,600.99 | 2,600.99 | 0 | |
| 5480-4 | | | C | 03/18/24 | 03/31/25 | | 885.00 | 3,740.00 | 4,625.00 | 0 | |
| 5480-8 | | | C | 03/01/24 | 02/28/25 | | -229.01 | 1,322.97 | 1,093.96 | 0 | |
| 5484-1 | Ryan | | C | 03/18/24 | 03/14/25 | | -49.01 | 337.59 | 288.58 | 0 | |
| 5484-7 | | | C | 08/01/23 | 07/31/24 | | 890.00 | 0.00 | 890.00 | 0 | |
| 5488-1 | | | C | 05/01/23 | 04/30/24 | | 890.00 | 698.00 | 1,588.00 | 0 | |
| 5488-2 | | | NTV | 05/01/24 | 04/30/25 | 11/26/24 | 855.00 | 1,110.00 | 1,965.00 | 0 | |
| 5488-8 | | | MTM | 05/19/22 | 02/29/24 | | 50.00 | 2,471.00 | 2,521.00 | 3 | |
| 5470-10 | | | PR | 05/29/23 | 06/30/24 | | 430.00 | 1,890.00 | 2,320.00 | 0 | |
| 5478-10 | | | C | 10/23/23 | 09/30/24 | | 925.00 | 5,515.48 | 6,440.48 | 0 | |
| 5480-10 | | | MTM | 03/01/24 | 02/28/25 | | 200.99 | 800.00 | 1,000.99 | 0 | |
| 5484-11 | | | C | 04/15/24 | 03/31/25 | | -35.00 | 915.00 | 880.00 | 0 | |
| 5488-11 | | | C | 03/21/24 | 03/31/25 | | 885.00 | 1,870.00 | 2,755.00 | 0 | |
| **26 Account(s)** | | | | | | | **11,690.95** | **40,477.56** | **52,168.51** | | |
| **26 Account(s)** | | | | | | | **11,690.95** | **40,477.56** | **52,168.51** | | |

© ResMan, LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5488-9 | | C | 10/22/24 | 10/31/25 | 905.99 | -584.68 | 321.31 | 0 |

© ResMan, LLC