

25.

