

EXHIBIT 5

---------- Forwarded message ---------
From: **Zach Fugman** <zach@a-strategy.com>
Date: Mon, Nov 25, 2024 at 10:58 AM
Subject: Re: About the Appointment on Monday, November 25, 2024
To: Constance Kang <constancekang@bananacp.com>
Cc: Xue Xu <xue@astrategymgmt.com>

we are going to the property is barry going to be on site

On Mon, Nov 25, 2024 at 11:51 AM Zach Fugman <zach@a-strategy.com> wrote:
> no reschedule this os a must
>
> On Mon, Nov 25, 2024 at 11:48 AM Constance Kang <constancekang@bananacp.com> wrote:
>> I think we have to reschedule. Just got out of surgery and I'm dizzy af
>> On Nov 22, 2024 at 2:03 PM -0500, Zach Fugman <zach@a-strategy.com>, wrote:
>>> at serenity
>>>
>>> On Fri, Nov 22, 2024 at 12:04 PM Xue Dan Xu <xue@astrategymgmt.com> wrote:
>>>> Hi Constance,
>>>>
>>>> I sent you the invite for the Meeting as you discussed with Zach by email, just wanted to send an follow up email for the meeting.
>>>>
>>>> **Meeting Details:**
>>>>
>>>> - **Date:** Monday, November 25, 2024
>>>> - **Time:** 2:00 PM
>>>> - **Location:** Lounge of Poste at 739 E McMillan St, Cincinnati, OH 45206
>>>>
>>>> We wanted to take this opportunity to discuss some important matters regarding the property's performance and to collaborate on solutions moving forward. Over the past 5–6 months, we've encountered challenges in maintaining smooth operations, including delays in processing bills and bank statements, which have impacted the Financial Reports. Additionally, the property has faced concerns such as high delinquency rates and declining occupancy.

To address these issues, I'd like us to focus on:

1. **Reconciling Income and Deposits:** Correcting discrepancies to ensure accurate reporting for tax season.
2. **Strategic Planning for 2025:** Establishing clear goals and actionable steps to improve performance.
3. **Enhancing Management Strategy:** Transitioning to an operation team and maintenance team of A-Strategy management approach to optimize operations and prepare the property for potential sale in 2025. We need to increase the occupancy, decrease the delinquency. And keep the tracking of the income for the sale.

This meeting will be a valuable opportunity to realign and set the property on a path to success. I appreciate your collaboration as we work together to create a solid plan that benefits all stakeholders.

Looking forward to seeing you at the meeting. Please feel free to reach out if you have any questions or additional items to discuss.

Please don't hesitate to let us know if you have any questions and thank you very much for choosing us as your partner.

Best regards,

Xue (Snowie) Dan Xu

Cell: 337-224-2728

Phone: 866-599-3388 – Ext. 800

Email: xue@astrategymgmt.com

Website: www.astrategymgmt.com

Schedule: https://calendly.com/wealthvehicle/investors-strategy-session

Headquarter: 1800 Bordeaux Boulevard, Burlington, KY 41005

\* \* \* \* \* \* \* \* \* \* \*

Notice: This e-mail and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior email, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by A-Strategy for any loss or damage arising in any way from its use.

\* \* \* \* \* \* \* \* \* \* \*