EXHIBIT
6

tabbies®

Calls to/From Constance Kang

No answers in November

Talk Text Data Hotspot

Search by name or number: 6464092588

Select bill cycle: Nov 03, 2024 - 5 days left

Last updated on **Nov 25, 2024 at 06:31 PM**

Incoming Outgoing

| | | | | | |
|---|---|---|---|---|---|
| 646.409.2588 | Nov 25, 2024 | 11:52 am | 1 mins | New York, NY | Network |
| 646.409.2588 | Nov 20, 2024 | 12:46 pm | 1 mins | New York, NY | Network |
| 646.409.2588 | Nov 19, 2024 | 12:25 pm | 1 mins | New York, NY | Network |
| 646.409.2588 | Nov 19, 2024 | 10:40 am | 1 mins | New York, NY | Network |
| 646.409.2588 | Nov 12, 2024 | 12:36 pm | 1 mins | New York, NY | Network |

< Prev Page 1 of 1 Next >

Talk Text Data Hotspot

Search by name or number: 646409

Select bill cycle: Oct 03, 2024 - Nov 02, 2024

Incoming Outgoing

| | | | | | | |
|---|---|---|---|---|---|---|
| 646.409.2588 | Oct 16, 2024 | 4:26 pm | 8 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Oct 15, 2024 | 1:17 pm | 13 mins | Incoming | Network | $0.00 |
| 646.409.2588 | Oct 15, 2024 | 11:49 am | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Oct 15, 2024 | 8:10 am | 1 mins | New York, NY | Network | $0.00 |

< Prev Page 1 of 1 Next >

Search by name or number

646409

Select bill cycle

Sep 03, 2024 - Oct 02, 2024

Incoming Outgoing

| | | | | | | |
|---|---|---|---|---|---|---|
| 646.409.2588 | Sep 24, 2024 | 3:28 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Sep 12, 2024 | 1:10 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Sep 11, 2024 | 2:21 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Sep 09, 2024 | 3:51 pm | 7 mins | Incoming | Network | $0.00 |
| 646.409.2588 | Sep 09, 2024 | 3:20 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Sep 06, 2024 | 11:01 am | 8 mins | New York, NY | Network | $0.00 |

Search by name or number

646409

Select bill cycle

Aug 03, 2024 - Sep 02, 2024

Incoming Outgoing

| | | | | | | |
|---|---|---|---|---|---|---|
| 646.409.2588 | Aug 29, 2024 | 10:53 am | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 28, 2024 | 4:23 pm | 4 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 28, 2024 | 4:18 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 25, 2024 | 2:03 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 16, 2024 | 10:47 am | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 09, 2024 | 6:35 pm | 14 mins | Incoming | Network | $0.00 |
| 646.409.2588 | Aug 09, 2024 | 6:28 pm | 1 mins | New York, NY | Network | $0.00 |
| 646.409.2588 | Aug 04, 2024 | 10:17 am | 7 mins | Incoming | Network | $0.00 |









