**EXHIBIT 7**

# UNANIMOUS DECISION OF REMAINING MEMBERS OF BANANA CAPITAL PARTNERS, LLC EXPELLING ZACHARY FUGMAN

Be it remembered that on December 6, 2024, the remaining members of Banana Capital Partners, LLC called a meeting to consider the expulsion of Zachary Fugman as a member pursuant to Section 2.4(b) of the Company Agreement. The basis for the expulsion is as follows:

Zachary Fugman has hired an attorney to sue on behalf of Banana Capital Partners, LLC without authority to do so from the managing member of Banana Capital Partners, LLC, as stated in Article 3.1 of the Company Agreement. Constance Kang is the managing member of Banana Capital and is the only person authorized to make management level decisions, such as hiring an attorney. For any other member to hire an attorney, without the consent of the other members at a meeting would constitute a material breach of the agreement, would constitute fraud by representing to the attorney that the non-managing member had authority to hire an attorney to represent Banana Capital Partner, LLC without calling a meeting of all members, and constitutes wrongful conduct that adversely and materially affects the business or operation of the Company.

After a vote by the members not being expelled, as set forth in the signatures below, Zachary Fugman is expelled from Banana Capital Partners, LLC. Per Article 2.4(b) of the Operating Agreement, and the expelled Member shall cease to be a Member and thereafter shall be deemed an assignee of any membership interest owned by the expelled Member. The expulsion of the expelled Member shall not entitle the expelled Member to any distribution or payment for the expelled Member's membership interest other than distributions that an assignee would be entitled to receive under Section 2.7. Expulsion shall be in addition to, and not in lieu

of, any remedies otherwise available against the expelled Member in connection with the acts or omissions constituting grounds for expulsion.

A copy of this Unanimous Decision of Remaining Members Of Banana Capital Partners, LLC Expelling Zachary Fugman shall be delivered electronically to Zachary Fugman by the managing member of Banana Capital Partners, LLC, and by John H. Phillips to the attorney allegedly hired by Zachary Fugman with instructions to cease and desist any and all further representation of Banana Capital Partners, LLC.

Those voting in favor of expulsion have set forth their signatures below, including a tally showing unanimous consent by the Members not being expelled.

_____
Constance Kang, Member

_____
Zhong Liu

Those voting above for expulsion by signing this page constitute 100% of the remaining members of Banana Capital Partners, LLC not being expelled.

Zachary Fugman is expelled from Banana Capital Partners, LLC as of December 6, 2024.

Results Certified by:

_____
Constance Kang, Managing Member