**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| ZACH FUGMAN, et al., | : | Case No. 1:24-cv-697 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CONSTANCE KANG, et al., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is REMANDED to the Hamilton County Court of Common Pleas.

Dated:  December 17, 2024.                    Richard W. Nagel, Clerk of Court
                                                        By: */s/ Kellie A. Fields*
                                                            Deputy Clerk