UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

ZACH FUGMAN, et al.,

        Plaintiffs,

   v.                               OUR CIVIL NUMBER: 1:24-cv-697
                                       Your Case Number: A 2405375

CONSTANCE KANG, et al.,

        Defendants.

## NOTICE

TO THE CLERK OF: <u>HAMILTON COUNTY COURT OF COMMON PLEAS</u>

Effective December 17, 2024, this case is hereby **REMANDED** to your Court for further proceedings.

A certified copy of the order of remand is enclosed for your records.

RICHARD W. NAGEL, CLERK
By: <u>s/Kellie Fields</u>
    Deputy Clerk

Dated:  December 17, 2024.